IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 01-CR-30109-MJR |
| ) | |
| JAMES A. GARRETT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Following entry of a guilty plea by Defendant Garrett in the above-captioned case, the undersigned District Judge sentenced Garrett on April 8, 2002. The sentence included a 168-month term of imprisonment. Judgment was entered on April 9, 2002 (Doc. 26).

On March 3, 2008, Garrett submitted a letter to the Court inquiring whether he is eligible for a sentence reduction under recently amended United States Sentencing Guidelines (Doc. 27). The Court now advises Defendant Garrett as follows.

On December 19, 2007, Chief Judge Herndon issued an Administrative Order addressing certain recent amendments to the Guidelines. Administrative Order 102 provides:

> the Federal Public Defender's Office of the Southern District
> of Illinois "is hereby designated to represent each defendant"
> who files a motion to reduce sentence . . .

Administrative Order 102 is **INCORPORATED BY REFERENCE** herein and expressly declared applicable to this case. Accordingly, the Court **APPOINTS** the Office of the Federal Public Defender to represent Garrett herein. This Order in no way indicates that a motion to reduce sentence under 18 U.S.C. § 3582(c)(2) has merit or will be granted. Finally, if Defendant Garrett does file a motion to reduce sentence, the undersigned District Judge may set a briefing schedule in this matter.

The Clerk of the Court shall send a copy of this Order along with Administrative Order 102 to Defendant Garrett.

**IT IS SO ORDERED.**

**DATED this 5th day of March 2008.**

s/ Michael J. Reagan  
MICHAEL J. REAGAN  
United States District Judge